**JEFF D., et al., Plaintiffs-Appellants,**

v.

**John V. EVANS, et al., Defendants-Appellees.**

**No. 83–3839.**

United States Court of Appeals, Ninth Circuit.

Sept. 9, 1986.

Charles Johnson, III, Johnson, Olson & Charetered, Pocatello, Idaho, for plaintiffs-appellants.

James Wickham, Deputy Atty. Gen., Boise, Idaho, for defendants-appellees.

Before SCHROEDER, FARRIS, and REINHARDT, Circuit Judges.

**ORDER**

Pursuant to the judgment of the United States Supreme Court of June 13, 1986, the order of the district court denying attorneys' fees is affirmed.